In the Matter of JAMES V. MULLANEY, Respondent, against ERNEST L. STEBBINS, as Commissioner of Health of the City of New York, Appellant.

Argued January 9, 1946; decided April 18, 1946.

*Ignatius M. Wilkinson, Corporation Counsel (Francis A. Fullam, Jr., Joseph F. Mulqueen, Jr.,* and *Henry J. Shields* of counsel), for appellant.

*Patrick I. Flannelly* and *Fred M. Ahern* for respondent.

Order of the Appellate Division reversed and determination of the Commissioner reinstated, with costs in the Appellate Division and in this court. The notice to the petitioner was a sufficient compliance with the statute (*Matter of Lanzer* **v.** *Moran,* 268 App. Div. 947, 294 N. Y. 864). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.